**NATIONAL LABOR RELATIONS BOARD, Petitioner,**

v.

**MORRISON CAFETERIA COMPANY, Inc., and Morrison Food Service of Alabama, Inc., Respondents.**

No. 71-1098.

United States Court of Appeals, Fifth Circuit.

Oct. 28, 1971.

Marcel Mallet-Prevost, Asst. Gen. Counsel, N. L. R. B., Morton Namrow, Washington, D. C., Charles M. Paschal, Jr., Director, N. L. R. B., Region 15, New Orleans, La., for petitioner.

Richard C. Keenan, John M. Bee, C. Dale Stout, New Orleans, La., for respondents.

Before JOHN R. BROWN, Chief Judge, and INGRAHAM and RONEY, Circuit Judges.

PER CURIAM:

Enforced. See Local Rule 21.[1]

1. See NLRB v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F.2d 966.